McKenna McIlwain, LLP
96 Park Street
Montclair, New Jersey 07042
T 973-509-0050
F 973-509-3580
Attorneys for Plaintiff: Dr. Frank DeRienzo

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Dr. Frank DiRienzo,<br><br>Plaintiff,<br><br>v.<br><br>Brican America, LLC. and Professional Solutions Financial Services<br><br>Defendants. | Case No.: 2:10-cv-01173-SDW-MCA<br><br>CIVIL ACTION<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

It is hereby stipulated and agreed that the Complaint in the above-entitled matter is voluntarily dismissed without prejudice and without costs, as to all parties.

Attorneys for Plaintiff:
Dr. Frank DeRienzo

By: _____
Keith A. McKenna, Esq.
Dated:

C7108KAM                                        1